```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


BERNADINE SMITH,                 )
      Plaintiff                  )
                                 )
           v.                    )  C.A. NO. 10-cv-30094-MAP
                                 )
AMERICAN INTERNATIONAL COLLEGE,  )
      Defendant                  )
```

### MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL
(Dkt. No. 5)

June 11, 2010

**PONSOR, D.J.**

Plaintiff, proceeding pro se, filed a complaint against Defendant American International College, along with an application to proceed in forma pauperis. The application was referred to Magistrate Judge Kenneth P. Neiman, and on May 19, 2010 Judge Neiman allowed the application but recommended that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2). The conclusion of the Report and Recommendation admonished Plaintiff at n.1 that objections to the Report and Recommendation needed to be filed within fourteen days, and on June 3, 2010, Plaintiff filed her objection.

Having reviewed the Report and Recommendation and the objection filed by Plaintiff, de novo, the court agrees with Judge Neiman that the complaint is frivolous and fails to

state a claim upon which relief may be granted.  As Judge Nieman found, no jurisdiction exists for action by this court.  No diversity of citizenship exists since all parties are citizens of Massachusetts, and no claims supporting federal question jurisdiction are offered.

For the foregoing reasons, the court hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt. No. 5).  Based upon this, the complaint is ordered DISMISSED.  This case may now be closed.

It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      U. S. District Judge